O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH S., <br>       Plaintiff, <br>     v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] <br>       Defendant. | Case No. 8:20-cv-01019 AB (KES) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Judgment on the Pleadings (Dkt. 15), Defendant's Cross-Motion for Judgment on the Pleadings (Dkt. 16), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 18).  The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 20) have been made, and has reviewed Defendants' response to Plaintiff's objections (Dkt. 21).  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

---

[1] Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted for her predecessor.  Fed. R. Civ. P. 25(d).

IT IS THEREFORE ORDERED that (1) Plaintiff's Motion for Judgment on the Pleadings (Dkt. 15) is DENIED, (2) Defendant's Cross-Motion for Judgment on the Pleadings (Dkt. 16) is GRANTED, and (3) Judgment be entered affirming the decision of the Acting Commissioner of Social Security denying benefits.

DATED:  January 31, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE