JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH S., | Case No. 8:20-cv-01019 AB (KES) |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, the decision of the Acting Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: January 31, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted for her predecessor.  Fed. R. Civ. P. 25(d).